#20822

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| SANDRA LEE KENNEDY and | ) | |
| JOHN KENNEDY | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 20-cv-50416 |
| | ) | |
| GORDON FOOD SERVICE STORE, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

Defendant, Gordon Food Service Store, LLC ("GFS"), by and through its attorney LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby files its Notice of Removal from the 17th Circuit Court of Winnebago County, Illinois (case no. 2020 L 353) to the United States District Court for the Northern District of Illinois, Western Division. In support of the removal of this matter, Defendant GFS states the following:

### Statement of the Case

1.      On October 6, 2020, Plaintiffs Sandra Lee Kennedy and John Kennedy filed an action in the 17th Circuit Court of Winnebago County, Illinois, alleging claims against GFS for negligence and loss of consortium. (*See*, Exhibit A, Summons and Complaint, attached hereto and incorporated by reference herein).

2.      Plaintiffs' Complaint alleges that on October 10, 2018, it was raining, and Sandra Lee Kennedy fell in the doorway to GFS due to an accumulation of water, resulting in personal injury to her and her husband, John Kennedy.

1

3.    GFS was served on October 8, 2020. (*See*, Exhibit B, Notice of Service of Process, attached hereto and incorporated by reference herein).

4.    This notice of removal is filed within 30 days after GFS' receipt of service of process on October 8, 2020.

5.    This case is removable under 28 U.S.C. §§ 1332 and 1441 because the parties are citizens of different states and the amount in controversy exceeds $75,000.

## The Parties

6.    Upon information and belief, Plaintiffs are citizens of the City of Belvidere, County of Boone, Illinois. Plaintiffs' Complaint alleges that at the time of the occurrence and at all relevant times thereto, Plaintiffs resided in Belvidere, Illinois. (*See,* Exhibit A, ¶¶ 1-2).

7.    Gordon Food Service Store, LLC, a Delaware limited liability company, is a citizen of Michigan, with its principal place of business and U.S. headquarters at 1300 Gezon Parkway SW, Wyoming, Michigan. The sole member of Gordon Food Service Store, LLC, is GFS Marketplace North America, LLC, a Delaware limited liability company. GFS Marketplace's sole member is GFS US Holding, LLC, a Michigan limited liability company. GFS US Holding LLC's sole member is GFS Holding, Inc., a Delaware corporation. GFS Marketplace North America, LLC, GFS US Holding, LLC, and GFS Holding, Inc., are all citizens of Michigan, with their principal place of business at 1300 Gezon Parkway SW, Wyoming, Michigan. (*See*, Exhibit C, Declaration of Alisha L. Cieslak, Chief Legal and Risk Officer and Corporate Secretary for Gordon Food Service, Inc.)

## Venue

8.    Plaintiff alleges in her complaint that the alleged wrongdoing took place at a GFS store located at 6955 Garrett Lane, Rockford, Illinois. Thus, the alleged wrongdoing arose in

Winnebago County, Illinois. The underlying suit was filed in Winnebago County. Under local rules of this court, the Western Division encompasses Winnebago County. Accordingly, venue is proper in this division.

## Jurisdiction

9.      This action is removable to this court because the parties are of diverse citizenship and the amount in controversy exceeds $75,000. Plaintiffs are citizens of Illinois and GFS is a citizen of Michigan. In Illinois, no *ad damnum* may be pleaded except to the minimum extent necessary to comply with the circuit rules of assignment. 735 ILCS 5/2-604. Sandra Lee Kennedy seeks damages arising of out of her claim for negligence in Count I "in excess of $50,000." (*See,* Exhibit A, Counts I, p. 4-5). John Kennedy also seeks damages arising of his claim for loss of consortium in Count II "in excess of $50,000.00." (*See,* Exhibit A, Count II, p. 5). Accordingly, as the Plaintiffs have plead damages in excess of $100,000.00, the amount in controversy exceeds $75,000.

## All Procedural Requirements for Removal Have Been Satisfied

10.      Pursuant to 28 U.S.C. § 1446(a) and the rules of this court, a true and accurate copy of the summons and complaint, the only documents filed in the state action, are attached to this notice of removal. A notice of filing of the notice of removal will be filed in the 17th Circuit Court of Winnebago County, Illinois.

11.      This notice of removal has been timely filed, as it has been filed within 30 days of October 8, 2020, which is when GFS was served with the summons and complaint. Venue has been satisfied because, as noted above, the U.S. District Court for the Northern District of Illinois, Western Division is the district court encompassing the 17th Circuit Court of Winnebago County, Illinois.

12.     By filing this notice of removal, GFS does not waive any objections that it may have as to service, jurisdiction, or venue, or any other defenses or objections that it may have to plaintiffs' claims or causes of action. GFS contends no admissions of fact, law, or liability by this notice of removal, and expressly reserves all defenses, motions and/or pleas.

<u>**Conclusion**</u>

Wherefore, GFS requests that this matter be removed from the 17th Circuit Court of Winnebago County, Illinois, and transferred to the United States District Court for the Northern District of Illinois, Western Division.

Respectfully submitted,

**GORDON FOOD SERVICE STORE, LLC,** Defendant,

By: <u>s/ Stacy K. Shelly          </u>
        One of its attorneys

Thomas R. Weiler (ARDC No. 6247030)
Stacy K. Shelly (ARDC No. 6279783)
**Langhenry, Gillen, Lundquist & Johnson, LLC**
6785 Weaver Road, Suite 2E
Rockford, Illinois 61114
Ph:   (815) 636-1800
Fax: (815) 636-2860
tweiler@lglfirm.com
sshelly@lglfirm.com
*Attorneys for defendant, Gordon Food Service Store, LLC*

## STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
## WINNEBAGO COUNTY

SANDRA LEE KENNEDY
and JOHN KENNEDY,

    Plaintiffs,

vs.                                              Case No. 2020 L 353

GORDON FOOD SERVICE
STORE, LLC,                                      **SUMMONS**

    Defendant

**Service to be made to:**
**Illinois Corporation Service, Registered Agent**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**                        CMC:1/7/21@9AM rm 412

**TO THE DEFENDANT Gordon Food Service Store, LLC:**

**YOU ARE HEREBY SUMMONED** and required to file an Answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your Appearance in the Office of the Clerk of this Court, Winnebago County Courthouse, 400 West State St., Room 108, Rockford, Illinois, **within 30 days after service of this summons,** not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED FOR IN THE COMPLAINT.**

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**THIS CASE IS SET FOR A CASE MANAGEMENT CONFERENCE IN COURTROOM 412 ON JANUARY 7, 2021 AT 9:00 A.M. FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.**

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

# EXHIBIT A

OCT 0 8 2020

This summons may not be served later than thirty (30) days after its issuance.

(Seal of Court)



DATE: 10/6/2020

*Thomas A. Klein*

Thomas A. Klein, Clerk of Court

BY: JP

Deputy Clerk

Plaintiff's Attorney or Plaintiff
Name: John W. Fisk
Attorney for: Plaintiffs
Address: 308 W. State Street, Suite 210
City/State/Zip: Rockford, IL 61101
Telephone No: (815) 962-0044

Electronically Issued Document ID: _____

(To be inserted by officer on copy left with defendant or other person)

If you have a disability that requires an accommodation to participate in court, please contact the Court Disability Coordinator at 815-319-4806.

**ELECTRONICALLY FILED**
DOC ID: 10680108
CASE NO: 2020-L-0000353
DATE: 10/6/2020 8:50 AM
BY: L G, DEPUTY

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT
WINNEBAGO COUNTY

SANDRA LEE KENNEDY and
JOHN KENNEDY,

    *Plaintiffs,*

  v.

GORDON FOOD SERVICE STORE, LLC, a
Limited Liability Company,

    *Defendant.*

Case No. 2020-L-0000353

## COMPLAINT AT LAW

NOW COME the Plaintiffs, SANDRA LEE KENNEDY and JOHN KENNEDY, by and through their attorneys, Fisk & Monteleone Ltd., and complaining of the defendant, GORDON FOOD SERVICE STORE, LLC, hereby state as follows:

### COUNT I – Negligence
### Gordon Food Service Store, LLC

1. On or about October 10, 2018, and at all times relevant thereto, Plaintiff, SANDRA LEE KENNEDY, was a resident of the Village of Belvidere, County of Boone, State of Illinois.

2. The Plaintiff, JOHN KENNEDY, is an adult resident of the Village of Belvidere, County of Boone, State of Illinois, and at all times relevant is the husband of SANDRA LEE KENNEDY.

-1-

3. On or about October 10, 2018, Defendant, GORDON FOOD SERVICE STORE, LLC, was a limited liability company authorized to do business, and was in fact doing business in the City of Rockford, County of Winnebago, State of Illinois.

4. On and before October 10, 2018, GORDON FOOD SERVICE STORE, LLC, owned, operated, controlled or otherwise maintained GORDON FOOD SERVICE, located at 6955 Garrett Lane, Rockford, Illinois.

5. On October 10, 2018, the Plaintiff, SANDRA LEE KENNEDY, was lawfully upon the GORDON FOOD SERVICE premises.

6. At the aforesaid time and place, GORDON FOOD SERVICE STORE, LLC, by and through its duly authorized agents, servants, and employees, had a duty to maintain its premises in a reasonably safe and suitable manner for those persons lawfully upon said premises.

7. That at and prior to the time of Plaintiff SANDRA LEE KENNEDY'S arrival to the GORDON FOOD SERVICE store, it was and had been drizzling/raining.

8. That upon information and belief, the defendant GORDON FOOD SERVICE STORE, LLC, knew or should have known that water accumulated in the doorway to its store when it drizzled/rained.

9. That upon information and belief, the defendant GORDON FOOD SERVICE STORE, LLC, knew or should have known that the accumulation of water

-2-

at the doorway to its store presented a hazardous condition for its customers, including Plaintiff SANDRA LEE KENNEDY.

10.     Notwithstanding said duty, GORDON FOOD SERVICE STORE, LLC, by and through its duly authorized agents, servants, and employees, was guilty of one or more of the following negligent acts and/or omissions:

a.      Carelessly and improperly permitted water to remain in its store entrance.

b.      Carelessly and improperly failed to remove water from its store entrance.

c.      Carelessly and improperly failed to make a reasonable inspection of its store entrance, when Defendant knew or should have known that such an inspection was necessary to prevent a hazardous accumulation of water in its store entrance.

d.      Carelessly and improperly failed to warn Plaintiff of the dangerous condition created by the water in its store entrance.

11.     As a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions, the Plaintiff unknowingly stepped into a pool of water at the store entrance, lost her footing and fell.

12.     As a further direct and proximate result of one or more of the foregoing careless and negligent acts and/or omissions, Plaintiff was caused to slip and fall on a pool of water, and was injured and sustained damage of a personal, permanent and pecuniary nature.

**WHEREFORE,** Plaintiff, SANDRA LEE KENNEDY, prays for judgment against the Defendant, GORDON FOOD SERVICE STORE, LLC, in a fair and

-3-

reasonable amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs of suit.

### Count II — Consortium
### Gordon Food Service Store, LLC

13.   The plaintiffs restate and incorporate by reference herein, Paragraphs 1 through 12 inclusive of Count I of this Complaint at Law as Paragraphs 1 through 12 inclusive of this Count II as though fully set forth herein.

14.   As a direct and proximate result of one or more of the negligent acts and/or omissions of the Defendant, the plaintiff, JOHN KENNEDY, suffered loss of society, comfort, and support of his wife.

**WHEREFORE**, Plaintiff, JOHN KENNEDY, prays for entry of a judgment against GORDON FOOD SERVICE STORE, LLC, for an amount in excess of $50,000 plus the costs of suit.

Respectfully submitted,

SANDRA LEE KENNEDY and JOHN KENNEDY, Plaintiffs

By:

John W. Fisk (#3128685)
*Attorney for Plaintiffs*

Fisk & Monteleone Ltd.
308 W. State St., Suite 210
Rockford, IL 61101
(815) 962-0044
eservice@rockfordinjuryhelp.com

-4-

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
WINNEBAGO COUNTY

SANDRA LEE KENNEDY and
JOHN KENNEDY,

            *Plaintiffs,*

    **v.**                              Case No.

GORDON FOOD SERVICE STORE, LLC, a
Limited Liability Company,

            *Defendants.*

## AFFIDAVIT IN SUPPORT OF DAMAGES
## PURSUANT TO SCR 222 (b)

I, JOHN W. FISK, being duly sworn on oath, depose and state:

1.    I am the attorney responsible for representing the Plaintiffs in the above-captioned cause.

2.    The total of money damages sought exceeds $50,000.

                        Respectfully submitted,

                        SANDRA LEE KENNEDY and
                        JOHN KENNEDY

By:                        _____
                        John W. Fisk (#3128685)
                        *Attorney for Plaintiffs*

Fisk & Monteleone Ltd.
308 W. State Street, Suite 210
Rockford, IL 61101
(815) 962-0044
eservice@rockfordinjuryhelp.com

## NOTICE OF ATTORNEY'S LIEN

**SANDRA LEE KENNEDY and
JOHN KENNEDY**

**vs.**

## GORDON FOOD SERVICE STORE LLC

To:  Gordon Food Service Store LLC
     1300 Gezen Parkway S.W.
     Wyoming, MI 49509

**You are hereby notified** that Sandra Lee Kennedy and John Kennedy
have placed in our hands, as their attorneys, for suit or collection, claims,
demands or causes of action, against you growing out of injuries Sandra Lee
Kennedy sustained arising out of an incident occurring on October 10, 2018.
Further be advised that Sandra Lee Kennedy and John Kennedy have agreed
to pay us for such services, as a fee, a sum equal to thirty-three and one-third
percent (33-1/3%) of whatever amount may be recovered therefrom by suit
or settlement, and that we claim a lien upon said claims, demands or causes
of action for such fee, and be advised this lien includes money payable to any
insurance company or other similar organization for any sums recoverable by
them for subrogation or otherwise.

JOHN W. FISK
Fisk & Monteleone Ltd.



**null / ALL**
**Transmittal Number: 22135843**
**Date Processed: 10/09/2020**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Lindsay Kolar<br>Gordon Food Service, Inc.<br>1300 Gezon Parkway SW<br>Wyoming, MI 49509-9300 |
| **Electronic copy provided to:** | Amy Mulchay<br>Dawn Rouse<br>Aaron Mockridge<br>Julia Birdwell |

| | |
|---|---|
| **Entity:** | Gordon Food Service Store LLC<br>Entity ID Number 2189218 |
| **Entity Served:** | Gordon Food Service Store, LLC |
| **Title of Action:** | Sandra Lee Kennedy vs. Gordon Food Service Store, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Winnebago County Circuit Court, IL |
| **Case/Reference No:** | 2020 L 353 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 10/08/2020 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | John W. Fisk<br>815-962-0044 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**EXHIBIT B**

**Declaration of Alisha L. Cieslak**

I, Alisha L. Cieslak, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am the Chief Legal and Risk Officer and the Corporate Secretary for Gordon Food Service, Inc. a for-profit Michigan corporation with its headquarters and principal place of business at 1300 Gezon Parkway, SW, Wyoming Michigan. Gordon Food Service Inc. is a citizen of the State of Michigan.

2. In my capacity as Corporate Secretary for Gordon Food Service, Inc., I am familiar with the organizational structure of the corporation and its related entities.

3. Gordon Food Service Store, LLC, is a Delaware limited liability company. A copy of the State of Delaware Division of Corporation's entity details for Gordon Food Service Store, LLC, is attached hereto as Exhibit 1; and the State of Michigan Department of Licensing and Regulatory Affairs, is attached hereto as Exhibit 2.

4. Gordon Food Service Store, LLC, is a citizen of Michigan, with its principal place of business and U.S. headquarters at 1300 Gezon Parkway SW, Wyoming, Michigan.

5. The sole member of Gordon Food Service Store, LLC, is GFS Marketplace North America, LLC, a Delaware limited liability company. A copy of the State of Delaware Division of Corporation's entity details for GFS Marketplace North America, LLC, is attached hereto as Exhibit 3; and the State of Michigan Department of Licensing and Regulatory Affairs, is attached hereto as Exhibit 4.

6. The sole member of GFS Marketplace, LLC, is GFS US Holding, LLC, a Michigan limited liability company. A copy of the State of Michigan Department of Licensing and Regulatory Affairs summary for GFS US Holding, LLC, is attached hereto as Exhibit 5.

7. The sole member of GFS US Holding, LLC, is GFS Holding, Inc., a Delaware corporation. A copy of the State of Delaware Division of Corporation's entity details for GFS Holding, Inc., is attached hereto as Exhibit 6.

8. GFS Marketplace North America, LLC, GFS US Holding, LLC, and GFS Holding, Inc., are all citizens of Michigan, with their principal place of business at 1300 Gezon Parkway SW, Wyoming, Michigan.

9. This declaration is based upon my own personal knowledge and my capacity as Corporate Secretary for Gordon Food Service, Inc. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: October 27, 2020

*alisha cieslak*
alisha cieslak (Oct 27, 2020 14:18 EDT)
_____

Alisha L. Cieslak, Corporate Secretary, Gordon Food Service, Inc.

**EXHIBIT C**

Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

|  | Entity Details |  |
|---|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | **3662284** | Incorporation Date / Formation Date: | **5/27/2003** (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **GORDON FOOD SERVICE STORE LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| Name: | **CORPORATION SERVICE COMPANY** | | |
|---|---|---|---|
| Address: | **251 LITTLE FALLS DRIVE** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **302-636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

**Would you like** ○ Status  ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]          [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

EXHIBIT 1

**LARA** Corporations
Online Filing System
Department of Licensing and Regulatory Affairs

ID Number: 801858967

[Request certificate]  [Return to Results]  [New search]

Summary for:  **GORDON FOOD SERVICE STORE LLC**

The name of the **FOREIGN LIMITED LIABILITY COMPANY:**  GORDON FOOD SERVICE STORE LLC

**The prior true name in home state:** GFS MARKETPLACE LLC **changed on:** 12-23-2015

**Entity type:**  FOREIGN LIMITED LIABILITY COMPANY

**Identification Number:** 801858967  **Old ID Number:** B9168F

**Date of Qualification in Michigan:**  07/18/2003

**Organized under the laws of:** the state of Delaware

**Purpose:**

**Term:**  Perpetual

**The name and address of the Resident Agent:**

| | |
|---|---|
| Resident Agent Name: | CSC-LAWYERS INCORPORATING SERVICE (COMPANY) |
| Street Address: | 601 ABBOT ROAD |
| Apt/Suite/Other: | |
| City: | EAST LANSING    State: MI    Zip Code: 48823 |

**Registered Office Mailing address:**

| | |
|---|---|
| P.O. Box or Street Address: | 601 ABBOT ROAD |
| Apt/Suite/Other: | |
| City: | EAST LANSING    State: MI    Zip Code: 48823 |

[View Assumed Names for this Business Entity]

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME

[View filings]

**Comments or notes associated with this business entity:**

EXHIBIT 2

Delaware.gov        Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Related Links
Frequent Questions
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey
Loading...

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3679870 | Incorporation Date / Formation Date: | 7/9/2003 (mm/dd/yyyy) |
| Entity Name: | GFS MARKETPLACE NORTH AMERICA, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

**Would you like** ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]      [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

EXHIBIT 3

LARA Home    Contact LARA    Online Services    News    MI.gov

## LARA Corporations Online Filing System
### Department of Licensing and Regulatory Affairs

ID Number: 801861008          [Request certificate]    [Return to Results]    [New search]

Summary for: GFS MARKETPLACE NORTH AMERICA, LLC

The name of the **FOREIGN LIMITED LIABILITY COMPANY:** GFS MARKETPLACE NORTH AMERICA, LLC

---

**Entity type:** FOREIGN LIMITED LIABILITY COMPANY

**Identification Number:** 801861008  **Old ID Number:** B9407L

---

**Date of Qualification in Michigan:** 12/01/2004

---

**Organized under the laws of:** the state of Delaware

**Purpose:**

---

**Date of Withdrawn: 11/16/2016**                              **Term:** Perpetual

---

**The name and address of the Resident Agent:**

Resident Agent Name:          CSC-LAWYERS INCORPRATING SERVICE (COMPANY)

Street Address:               601 ABBOT ROAD

Apt/Suite/Other:

City:          EAST LANSING          State: MI          Zip Code: 48823

**Registered Office Mailing address:**

P.O. Box or Street Address:   PO BOX 2992

Apt/Suite/Other:

City:          GRAND RAPIDS          State: MI          Zip Code: 495012992

---

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME

[View filings]

---

**Comments or notes associated with this business entity:**

---

EXHIBIT 4



**ID Number: 801681405**    Request certificate    Return to Results    New search

Summary for:  GFS US HOLDING, LLC

The name of the DOMESTIC LIMITED LIABILITY COMPANY:  GFS US HOLDING, LLC

---

**Entity type:**   DOMESTIC LIMITED LIABILITY COMPANY

**Identification Number: 801681405  Old ID Number:** E2096A

---

**Date of Organization in Michigan:**  04/19/2013

---

**Purpose:**  All Purpose Clause

---

**Term:**  Perpetual

---

**The name and address of the Resident Agent:**

| | |
|---|---|
| Resident Agent Name: | CSC-LAWYERS INCORPORATING SERVICE (COMPANY) |
| Street Address: | 601 ABBOT ROAD |
| Apt/Suite/Other: | |

City:                    EAST LANSING              State:  MI              Zip Code:    48823

**Registered Office Mailing address:**

P.O. Box or Street Address:    601 ABBOT ROAD

Apt/Suite/Other:

City:                    EAST LANSING              State:  MI              Zip Code:    48823

---

**Act Formed Under:**   023-1993 Michigan Limited Liability Company Act

---

**Managed By:**

Managers

---

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME

View filings

---

**Comments or notes associated with this business entity:**

EXHIBIT 5

Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

| | |
|---|---|
| **HOME** | |
| About Agency | |
| Secretary's Letter | |
| Newsroom | |
| Related Links | |
| Frequent Questions | |
| Contact Us | |
| Office Location | |

| | |
|---|---|
| **SERVICES** | |
| Pay Taxes | |
| File UCC's | |
| Delaware Laws Online | |
| Name Reservation | |
| Entity Search | |
| Status | |
| Validate Certificate | |
| Customer Service Survey | |

| | |
|---|---|
| **INFORMATION** | |
| Corporate Forms | |
| Corporate Fees | |
| UCC Forms and Fees | |
| Taxes | |
| Expedited Services | |
| Service of Process | |
| Registered Agents | |
| GetCorporate Status | |
| Submitting a Request | |
| How to Form a New Business Entity | |
| Certifications, Apostilles & Authentication of Documents | |

---

**Entity Details**

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2520482 | Incorporation Date / Formation Date: | 6/28/1995 (mm/dd/yyyy) |
| Entity Name: | GFS HOLDING, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]          [ New Entity Search ]

---

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

EXHIBIT 6